**James Joseph MICK, Respondent,**

**v.**

**Joseph MCCRAY and Laurie McCray, Appellants.**

**WD 78585 (Consolidated with WD 78586)**

Missouri Court of Appeals,
Western District.

Order filed: February 23, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 2016

Application for Transfer Denied
May 24, 2016

Lara M. Owens, for Respondent.

Michael J. Gallagher, Kansas City, for Appellants.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

## *ORDER*

PER CURIAM:

Joseph and Laurie McCray appeal the judgment of the trial court in favor of James Mick. Mick brought a claim for breach of fiduciary duty against Joseph arising out of Joseph's management of a limited liability company and a derivative claim for faithless servant/breach of duty of loyalty against Joseph and Laurie alleging disloyal and dishonest actions as employees of the LLC. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).